No. 428. BROWN *v.* HARDIN ET AL. C. A. D. C. Cir. Motion for leave to proceed as a veteran granted. Certiorari and other relief denied. *Solicitor General Griswold* for respondents Hardin et al.

No. 488. POPP ET UX. *v.* EBERLEIN ET AL. C. A. 7th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Steven E. Keane* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for respondent United States.

No. 490. SINCLAIR *v.* BOUGHTON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.